**Todd M. Friedman, Esq. (216752)**
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
**369 S. DOHENY DR. #415**
**BEVERLY HILLS, CA 90211**
**877 206-4741**
**866 633-0228 facsimile**
**tfriedman@AttorneysForConsumers.com**
**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KATRINA WONG,** | ) Case No. 4:10-CV-01743-DMR |
| Plaintiff, | ) |
|  | ) **NOTICE OF VOLUNTARY** |
| vs. | ) **DISMISSAL WITH PREJUDICE** |
|  | ) |
| **RECEIVABLES PERFORMANCE MANAGEMENT, LLC,** | ) |
| Defendant. | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the Northern District Court of California, Plaintiff's Notice of Voluntary Dismissal With Prejudice, a copy of which is herewith served upon Defendant.

RESPECTFULLY SUBMITTED this 21st day of May, 2010.

By: s/Todd M. Friedman
Todd M. Friedman, Esq.
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
369 S. DOHENY DR. #415
BEVERLY HILLS, CA 90211
877 206-4741
866 633-0228 facsimile
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff

1  Filed electronically on this 21st day of May, 2010, with:

2  United States District Court CM/ECF system

3

4  And hereby served upon all parties

5  Notification sent on this 21st day of May, 2010, via the ECF system to:

6  Honorable Donna M. Ryu
7  Judge of the United States District Court
   Northern District of California
8

9  Copy sent via mail on this 21st day of May, 2010, to:

10
   Andrew D. Shafer
11 SIMBURG KETTER SHEPPARD & PURDY, LLP
   Suite 2525
12 999 Third Avenue
13 Seattle, Washington 98104

14

15
   By: s/Todd M. Friedman
16      Todd M. Friedman